ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 16 2015

at \_\_\_\_ o'clock and \_\_\_\_ min. \_\_\_\_
SUE BEITIA, CLERK

FLORENCE T. NAKAKUNI #2286
United States Attorney
District of Hawaii

THOMAS J BRADY #4472
Chief, Criminal Division

MARC A. WALLENSTEIN
Assistant United States Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail: marc.wallenstein@usdoj.gov

Attorneys for Plaintiff,
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>MARK LLOYD,<br><br>  Defendant. | CR. NO. CR15-00775 JMS<br><br>INFORMATION<br><br>18 U.S.C. § 1071<br>Concealing Person from Arrest<br><br>18 U.S.C. § 1001(a)(2)<br>Material False Statement |

## INFORMATION

The United States Attorney charges that:

### COUNT 1

### CONCEALING PERSON FROM ARREST

(18 U.S.C. § 1071)

On or about the 11th day of July, 2015, in the District of Hawaii, the defendant, Mark Lloyd, harbored and concealed Jennifer Ann McTigue, a person for whose arrest warrant and process had been issued under the provisions of a law of the United States, so as to prevent the discovery and arrest of McTigue, after notice and knowledge of the fact that a warrant and process had been issued for the apprehension of McTigue, and which warrant had been issued on a felony charge, in violation of Title 18, United States Code, Section 1071.

### COUNT 2

### MATERIAL FALSE STATEMENT

(18 U.S.C. § 1001(a)(2))

That on or about the 11th day of July, 2015, Mark Lloyd, did willfully and knowingly make a materially false, fictitious, and fraudulent statement and representation in a matter within the jurisdiction of the executive branch of the Government of the United States, by falsely and repeatedly telling FBI agents that

fugitive Jennifer Ann McTigue was not inside his home.  Mr. Lloyd made these statement in front of Mr. Lloyd's home, in Honolulu, in the District of Hawaii. The statements and representations were false because, as Mark Lloyd then and there knew, Jennifer Ann McTigue was inside his home at the time.

In violation of Title 18, United States Code, Section 1001.

DATED: _____OCT 1 5 2015_____, at Honolulu, Hawaii.

FLORENCE T. NAKAKUNI
United States Attorney
District of Hawaii

By _____
THOMAS J. BRADY
Chief, Criminal Division

By _____
MARC A. WALLENSTEIN
Assistant U.S. Attorney

U.S. v. Mark Lloyd
Cr. No. _____
"Information"

3